*AO 10*
*Rev. 1/2018*

**1. Person Reporting (last name, f**

McKeague, David W.

**4. Title (Article III judges indicat**
magistrate judges indicate f

Circuit Judge

## III. NON-INVESTM

A. Filer's Non-Investme

☐ NONE *(No report*

DATE

## V. GIFTS. *(Includes those*

 NONE *(No report*

SOURCE

# FINANCIAL DISC

# VII. INVESTMENT

☐ NONE *(No report*

A.

Description of As

(including trust as

## VII. INVESTMENT

☐ NONE *(No report*

A.

Description of As

(including trust as

## VII. INVESTMENT

☐ NONE *(No report*

| A. |
| Description of As |
| (including trust as |

# VII. INVESTMENT

☐ NONE *(No report*

### A.

Description of A
(including trust as

# VIII. ADDITIONAI

There were share class conv

IRA 1:

Federated Total Return Boi

Harbor International Institu

MFS International Value Fi

## IX. CERTIFICATI

**I certify that all informati
accurate, true, and complete t
provisions permitting non-dis**

**I further certify that earn
compliance with the provision**